Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–13841–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wendy A. Labonak
  128 Chesterfield Crosswicks Road
  Chesterfield, NJ 08515

Social Security No.:
  xxx–xx–1134

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 26, 2019 and a confirmation hearing on such Plan has been scheduled for May 8, 2019.

The debtor filed a Modified Plan on May 7, 2019 and a confirmation hearing on the Modified Plan is scheduled for July 19, 2019 at 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 10, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13841-KCF
Wendy A. Labonak                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 10, 2019
                             Form ID: 186          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db             +Wendy A. Labonak,    128 Chesterfield Crosswicks Road,    Chesterfield, NJ 08515-9663
518048404     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
518048406      +Bayview Loan Servicing,    c/o RAS Citron,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
518213831       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518048409       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518051487      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518048414      +PSE&G,    PO Box 1444,    New Brunswick, NJ 08903-1444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2019 00:02:55    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2019 00:02:50    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518078034       E-mail/Text: ally@ebn.phinsolutions.com May 11 2019 00:01:48    Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
518078018       E-mail/Text: ally@ebn.phinsolutions.com May 11 2019 00:01:48    Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
518048402      +E-mail/Text: ally@ebn.phinsolutions.com May 11 2019 00:01:48    Ally Financial,
                P.O. Box 380901,    Minneapolis, MN 55438-0901
518048405      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 11 2019 00:03:23
                Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
518231321      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 11 2019 00:03:23
                Bayview Loan Servicing, LLC,    4425 Ponce deLeon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
518048407      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 23:59:42    Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518048408       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 23:59:16    Capital One Bank,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518125668      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 00:10:09
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518048410       E-mail/Text: bankruptcy@glsllc.com May 11 2019 00:01:41    Global Lending Service,
                1200 Brookfield Blvd,    Greenville, SC 29607
518165632       E-mail/Text: bankruptcy@glsllc.com May 11 2019 00:01:41    Global Lending Services LLC,
                1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518048411      +E-mail/Text: bncnotices@becket-lee.com May 11 2019 00:01:53    Kohls/Capital One,
                PO Box 3115,    Milwaukee, WI 53201-3115
518077987       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 23:59:25    LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518077990       E-mail/Text: bkr@cardworks.com May 11 2019 00:01:35    MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518221273      +E-mail/Text: bankruptcydpt@mcmcg.com May 11 2019 00:02:49    Midland Funding LLC,
                Po Box 2011,    Warren MI 48090-2011
518048412      +E-mail/Text: bankruptco@onlineis.com May 11 2019 00:03:28    Online Collections,    PO Box 1489,
                Winterville, NC 28590-1489
518165182       E-mail/Text: peritus@ebn.phinsolutions.com May 11 2019 00:04:07
                PERITUS PORTFOLIO SERVICES II WOLLEMI,    PO BOX 141419,    IRVING, TX  75014-1419
518048413       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 23:59:47
                Portfolio Recovery Associates,    120 Corporate Blvd. Ste  100,    Norfolk, VA 23502
518223204       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2019 00:22:29
                Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                Norfolk VA 23541
518231507       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 23:59:48
                Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
518139753      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2019 00:03:09    Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518208804      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 00:10:43    Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518048416      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 11 2019 00:01:37
                Verizon Wireless,    National Recovery Operations,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                            TOTAL: 24

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518048403*      +Ally Financial,    PO Box 380901,    Minneapolis, MN 55438-0901
518048415      ##+Trident Asset Management,    53 Perimeter Center East,    Atlanta, GA 30346-2230
                                                                         TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3        User: admin              Page 2 of 2              Date Rcvd: May 10, 2019
                           Form ID: 186              Total Noticed: 31
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Andrew B. Finberg    on behalf of Debtor Wendy A. Labonak andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company Njecfmail@mwc-law.com,  ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 7
```