UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2019-1164

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Bayview Loan Servicing, LLC

**Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wendy A. Labonak

Case No.: 19-13841-MBK

Chapter: 13

Hearing Date: 02/04/2020 at 9:00am

Judge: Honorable Michael B. Kaplan

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 5, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Powers Kirn, LLC, Attorneys for Bayview Loan Servicing, LLC ("Bayview") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 128 Chesterfield Crosswicks Road, Chesterfield, NJ 08515.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Wendy A. Labonak  
    Debtor

Case No. 19-13841-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 06, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db          +Wendy A. Labonak,    128 Chesterfield Crosswicks Road,    Chesterfield, NJ 08515-9663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
         Andrew B. Finberg    on behalf of Debtor Wendy A. Labonak andy@sjbankruptcylaw.com,
          abfecf@gmail.com;finbergar39848@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M. E. Powers, III    on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware
          Limited Liability Company ecf@powerskirn.com
         William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware
          Limited Liability Company ecf@powerskirn.com
                                                                                                               TOTAL: 11