Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–13841–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendy A. Labonak
   128 Chesterfield Crosswicks Road
   Chesterfield, NJ 08515

Social Security No.:
   xxx–xx–1134

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 19-13841-MBK
Wendy A. Labonak                                                            Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                 Date Rcvd: Mar 04, 2020
                               Form ID: 148                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Wendy A. Labonak,    128 Chesterfield Crosswicks Road,    Chesterfield, NJ 08515-9663
518048406      +Bayview Loan Servicing,    c/o RAS Citron,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
518051487      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518048414      +PSE&G,   PO Box 1444,   New Brunswick, NJ 08903-1444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:16      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518078034       EDI: GMACFS.COM Mar 05 2020 04:08:00     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518078018       EDI: GMACFS.COM Mar 05 2020 04:08:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
518048402      +EDI: GMACFS.COM Mar 05 2020 04:08:00     Ally Financial,   P.O. Box 380901,
                 Minneapolis, MN 55438-0901
518048404       EDI: BANKAMER.COM Mar 05 2020 04:13:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998
518048405      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 04 2020 23:39:41
                 Bayview Loan Servicing,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
518231321      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 04 2020 23:39:41
                 Bayview Loan Servicing, LLC,   4425 Ponce deLeon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518048407      +EDI: CAPITALONE.COM Mar 05 2020 04:13:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
518048408       EDI: CAPITALONE.COM Mar 05 2020 04:13:00     Capital One Bank,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
518125668      +EDI: AIS.COM Mar 05 2020 04:08:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518213831       EDI: BL-BECKET.COM Mar 05 2020 04:13:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518048409       EDI: AMINFOFP.COM Mar 05 2020 04:08:00     First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518048410       E-mail/Text: bankruptcy@glsllc.com Mar 04 2020 23:38:24      Global Lending Service,
                 1200 Brookfield Blvd,   Greenville, SC 29607
518165632       E-mail/Text: bankruptcy@glsllc.com Mar 04 2020 23:38:24      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
518048411      +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 23:38:39      Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518077987       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 23:40:35      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518077990       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 23:40:48      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518221273      +EDI: MID8.COM Mar 05 2020 04:08:00     Midland Funding LLC,   Po Box 2011,
                 Warren MI 48090-2011
518048412      +E-mail/Text: bankruptcy@onlineis.com Mar 04 2020 23:39:44      Online Collections,   PO Box 1489,
                 Winterville, NC 28590-1489
518165182       E-mail/Text: peritus@ebn.phinsolutions.com Mar 04 2020 23:40:00
                 PERITUS PORTFOLIO SERVICES II WOLLEMI,   PO BOX 141419,   IRVING, TX   75014-1419
518048413       EDI: PRA.COM Mar 05 2020 04:08:00     Portfolio Recovery Associates,
                 120 Corporate Blvd. Ste 100,   Norfolk, VA 23502
518223204       EDI: PRA.COM Mar 05 2020 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
518231507       EDI: PRA.COM Mar 05 2020 04:08:00     Portfolio Recovery Associates, LLC,   c/o Lowes,
                 POB 41067,   Norfolk VA 23541
518139753      +EDI: JEFFERSONCAP.COM Mar 05 2020 04:08:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518139753      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 23:39:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518208804      +EDI: AIS.COM Mar 05 2020 04:08:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518048416      +EDI: VERIZONCOMB.COM Mar 05 2020 04:08:00     Verizon Wireless,   National Recovery Operations,
                 PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 31

518048403*      +Ally Financial,   PO Box 380901,   Minneapolis, MN 55438-0901
518048415     ##+Trident Asset Management,   53 Perimeter Center East,   Atlanta, GA 30346-2230
                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew B. Finberg    on behalf of Debtor Wendy A. Labonak andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware
               Limited Liability Company ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware
               Limited Liability Company ecf@powerskirn.com
                                                                                             TOTAL: 11
```