| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on March 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Wendy A. Labonak<br><br><br><br>Debtor(s) | Case No.: 19-13841 / MBK<br><br>Chapter 13<br><br>Hearing Date: 3/3/2020 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-13841-MBK
Wendy A. Labonak                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 04, 2020
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
db              +Wendy A. Labonak,    128 Chesterfield Crosswicks Road,    Chesterfield, NJ 08515-9663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
      Albert     Russo     docs@russotrustee.com
      Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
      Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
       Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
      Andrew B. Finberg    on behalf of Debtor Wendy A. Labonak andy@sjbankruptcylaw.com,
       abfecf@gmail.com;finbergar39848@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
       Liability Company Njecfmail@mwc-law.com,    ftarlecki.kashlaw@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware
       Limited Liability Company ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
       Liability Company ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware
       Limited Liability Company ecf@powerskirn.com
                                                                                                           TOTAL: 11