Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19–13841–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wendy A. Labonak
  128 Chesterfield Crosswicks Road
  Chesterfield, NJ 08515

Social Security No.:
  xxx–xx–1134

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 7, 2020</u>            <u>Michael B. Kaplan</u>
                                      Judge, United States Bankruptcy Court